26156.   PHILLIPS v. SMITH.

UNDERCOFLER, Justice. The appellant brought this action of habeas corpus contending that his parole was revoked without a hearing. The trial judge found that the appellant had a parole hearing before the State Pardon and Parole Board and remanded him to the custody of the respondent. *Held:*

The record supports the finding of the trial judge.

*Judgment affirmed. All the Justices concur.*

SUBMITTED NOVEMBER 9, 1970— DECIDED DECEMBER 3, 1970.

Donald Reeves Phillips, *pro se.*

Arthur K. Bolton, Attorney General, Harold N. Hill, Jr., Executive Assistant Attorney General, Marion O. Gordon, William R. Childers, Jr., Assistant Attorneys General, for appellee.